## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FOUAD MAHMOUD
AL RABIAH, *et al.*,

     Petitioners,

     v.

UNITED STATES, *et al.*,

     Respondents.

Civil Action No. 02-828 (CKK)

## ORDER
(September 17, 2009)

For the reasons set forth in the Court's Classified Memorandum Opinion issued to the parties on this date, it is, this 17th day of September, 2009, hereby

**ORDERED** that Petitioner Fouad Mahmoud Al Rabiah's petition for habeas corpus is GRANTED; it is further

**ORDERED** that the Government is directed to take all necessary and appropriate diplomatic steps to facilitate the release of Petitioner Al Rabiah forthwith; it is further

**ORDERED** that the Government is directed to comply with any reporting requirements mandated by the Supplemental Appropriations Act, Pub. L. No. 111-32, 123 Stat. 1859 (2009), if applicable, to facilitate the release of Petitioner Al Rabiah forthwith; and it is further

**ORDERED** that the relevant agencies shall complete a classification review of the Court's Classified Memorandum Opinion and shall provide the Court with an Unclassified version no later than 10:00 A.M. on September 25, 2009.

*This is a Final, Appealable Order.*

                             /s/
                        **COLLEEN KOLLAR-KOTELLY**
                        United States District Judge